RECEIVED
IN ALEXANDRIA, LA.

JUL 17 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LEONARD BROWN | CIVIL ACTION NO. 13-458 |
| VERSUS | U.S. DISTRICT JUDGE JAMES TRIMBLE, JR. |
| WARDEN GARVAJAL, et al | U.S. MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (DOC. #9) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___17th___ day of ___July___, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT